## Commonwealth *v.* Waters, Appellant.

Submitted November 17, 1975. *John R. Cook,* Trial Defender, *John J. Dean,* Chief,

Appellate Division, and *Ralph J. Cappy*, Public Defender, for appellant; *Louis R. Paulick* and *Robert L. Eberhardt*, Assistant District Attorneys, *John M. Tighe*, First Assistant District Attorney, and *John J. Hickton*, District Attorney, for Commonwealth, appellee.

Order and judgment of sentence affirmed.